IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　　:　　Case No: 3:10cr210(14)
　　　　　Plaintiff(s)　　　　　　　　　　　　　　JUDGE WALTER HERBERT RICE

vs.　　　　　　　　　　　　　　　　　　　:

VINCENT WARD
　　　　　　　　　　　　　　　　　　　　　:
　　　　　Defendant(s)

---

ENTRY DISMISSING CAPTIONED CAUSE WITHOUT PREJUDICE;
DISMISSAL TO BE WITH PREJUDICE, FOLLOWING DEFENDANT'S
SENTENCE IN CASE NO. 3:12CR039 ON June 26, 2012;TERMINATION
ENTRY

---

　　　　Defendant having entered a plea of guilty in Case No. 3:12cr039, on March 26, 2012, the captioned cause is ordered dismissed, without prejudice. Said dismissal will be with prejudice, following Defendant's sentencing in the aforesaid 3:12cr039 on June 26, 2012.

　　　　The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

　　　　IT IS SO ORDERED.

March 26, 2012　　　　　　　　　　　　　　*/s/ Walter H. Rice*
　　　　　　　　　　　　　　　　　　　WALTER HERBERT RICE, JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT