IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 3:10CR210 |
| Plaintiff | : | |
| -v- | : | |
| JOSE GUADALUPE MACIAS, III, ET AL., | | MOTION TO UNSEAL |
| Defendant | : | |

---

Now comes the United States, by and through Assistant United States Attorney Andrew J. Hunt, and respectfully requests that the entire above captioned matter be unsealed with the exception of specific documents of record as they contain either wiretap content or matters under seal related to sentencing.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Andrew J. Hunt
ANDREW J. HUNT (0073698)
Assistant United States Attorney
Attorney for Plaintiff
200 West Second Street
Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Andrew.Hunt@usdoj.gov