IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA | : | CASE NO.: 3:10CR210 |
|---|---|---|
| Plaintiff | : | |
| -v- | | |
| | : | |
| JOSE GUADALUPE MACIAS, III, ET AL., | | ORDER TO UNSEAL |
| | : | |
| Defendant | | |

Upon Motion of the United States and for good cause shown, the entire above captioned case is unsealed with the exception of the following documents of record:

| Def. M.Stephens #4 | R. 1 | Dated 01-7-2011 |
|---|---|---|
| Def. J. Ruiz-Diaz #5 | R.1 | Dated 01-31-2011 |
| Def. K.Mitchell #19 | R. 4 | Dated 02-24-2011 |
| Def. C.Gonzalez #17 | R. 4 | Dated 02/24/2011 |
| Def. Z. Hopkins #18 | R. 4 | Dated 02/24/2011 |
| United States | R. 725 | Dated 01/14/2014 |
| United States | R. 793 | Dated 01/06/2014 |
| United States | R. 864 | Dated 11/26/2014 |

IT IS SO ORDERED.

_____
WALTER H. RICE
UNITED STATES DISTRICT COURT JUDGE