CLERK'S OFFICE OF THE
**DISTRICT COURT OF THE UNITED STATES**
SOUTHERN DISTRICT OF OHIO
200 WEST SECOND ST., RM. 712
DAYTON, OHIO 45402

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Ralph Kevin Taylor
42596-061
LEXINGTON
FEDERAL MEDICAL CENTER
Inmate Mail/Parcels
P.O. BOX 14500

4051

COLUMBUS OH 450
05 OCT'16
PM 3 L



016H26506089
$00.70⁵
Mailed From 45402
10/05/2016
US POSTAGE
Hasler

**RETURN TO SENDER**
INMATE NOT AT THIS FACILITY